UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIC. JUAN BAUTISTA GIL; RUFINO MARTINEZ GIL,<br><br>                    Plaintiffs,<br><br>-against-<br><br>DOMINIC BLUDHORN; CENTRAL ROMANA; and CASA DE CAMPO,<br><br>                    Defendants. | 21-CV-10255 (LTS)<br><br>ORDER DIRECTING ORIGINAL SIGNATURE |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiffs Lic. Juan Bautista Gil and Rufino Martinez Gil bring this action *pro se*. Plaintiffs submitted the complaint without their signatures. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." *See also* Local Civil Rule 11.1(a). The Supreme Court has interpreted Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark handplaced)." *Becker v. Montgomery*, 532 U.S. 757, 764 (2001).

Plaintiffs are directed to submit to the Court a signature page of the complaint with two original signatures within thirty days of the date of this order. Plaintiff Rufino Martinez Gil is directed to provide the Court with his address. A copy of the signature page is attached to this order.

The Clerk of Court is directed to mail a copy of this order to Plaintiff Lic. Juan Bautista Gil and note service on the docket. No summons shall issue at this time. If Plaintiffs comply with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiffs fail to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:    December 9, 2021
          New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge