UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIC. JUAN BAUTISTA GIL; RUFINO MARTINEZ,

                    Plaintiffs,

-against-

DOMINIC BLUDHORN; CENTRAL ROMANA AND CASA DE CAMPO,

                    Defendants.

21-CV-10255 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated December 9, 2021, the Court directed Plaintiffs, within thirty days, to resubmit the signature page of the complaint with an original signature. That order specified that failure to comply would result in dismissal of the complaint. Plaintiffs have not submitted a signed signature page. Accordingly, the complaint is dismissed without prejudice. *See* Fed. R. Civ. P. 11(a).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order to Plaintiff Lic. Juan Bautista Gil and note service on the docket.

SO ORDERED.

Dated:   February 11, 2022
          New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                       Chief United States District Judge