UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIC. JUAN BAUTISTA GIL; RUFINO MARTINEZ,<br><br>                              Plaintiffs,<br><br>-against-<br><br>DOMINIC BLUDHORN; CENTRAL ROMANA AND CASA DE CAMPO,<br><br>                              Defendants. | 21-CV-10255 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued February 11, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice under Rule 11(a) of the Federal Rules of Civil Procedure.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 11, 2022
         New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge